IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

In re:                                    )
                                          )
biosys, inc.                              )
                                          )
                Debtor                    )
                                          )
_____            )
                                          )
biosys, inc., et al                       )
                                          )
                Appellant/                )
                Cross Appellee            )
                                          )
        vs.                               )   Civil No. AMD-00-3089
                                          )
Venture Lending & Leasing,                )
  Inc.                                    )
                                          )
                Appellee/                 )
                Cross Appellant)          )
_____            )

**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Upon consideration of the Joint Motion to Extend Briefing

Schedule, and for the reasons stated therein, good cause having

been shown,

ORDERED, that the Joint Motion is hereby granted.  The

briefing deadlines herein are hereby extended to November 22,

2000 (for the Appellant's Brief); December 7, 2000 (for the

Appellee's Brief in Opposition and Brief on Cross Appeal);

December 18, 2000 (for the Appellant's Reply Brief and Brief in



Opposition on Cross Appeal) and December 28, 2000 (for the

Appellee's Reply Brief on Cross Appeal).

Andre J. Davis, Judge United States
District Court

cc:
Thomas D. Renda
Siskind, Grady, Rosen, Hoover
& Levin, P.A.
2 East Fayette Street, 6th Floor
Baltimore, MD 21202

John F. Carlton
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202-1626

Scott K. Intner
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202-1626