**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

|  |  |
|---|---|
| In re: | * |
| BIOSYS, INC., et al. | * |
| Debtors. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

|  |  |
|---|---|
| Biosys, Inc., et al. | * |
| Appellant/Cross Appellee, | |
| | * |
| vs. | Civil No. AMD-00-3089 |
| | * |
| Venture Lending & Leasing, Inc. | * |
| Appellee/Cross Appellant. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

FILED ____ ENTERED
LODGED ____ RECEIVED

NOV 2 2 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

## ORDER GRANTING JOINT MOTION TO
## <u>FURTHER EXTEND BRIEFING SCHEDULE</u>

Upon consideration of the Joint Motion to Further Extend Briefing Schedule, and for the reasons stated therein, good cause having been shown,

**ORDERED**, that the Joint Motion is hereby **GRANTED,** and it is further

**ORDERED**,  that the briefing deadlines herein are hereby further extended to November 29, 2000 for the Appellant's Brief; December 14, 2000 for the Appellee's Brief in Opposition and Brief and Cross Appeal; December 26, 2000 for the Appellant's Reply Brief and Opposition Brief on Cross Appeal; and January 2, 2000 for the Appellee's Reply Brief on Cross Appeal.

11/22/2000

Andre J. Davis, Judge
United States District Court