IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| BIOSYS, INC., et al. | * |
| Debtors. | * |

\* \* \* \* \* \* \* \*

| | |
|---|---|
| Biosys, Inc., et al.<br>    Appellant/Cross Appellee, | * |
| | * |
| vs. | Civil No. AMD-00-3089 |
| | * |
| Venture Lending & Leasing, Inc. | * |
| Appellee/Cross Appellant. | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO STAY APPEAL
## PENDING BANKRUPTCY COURT APPROVAL OF SETTLEMENT

Upon consideration of the Joint Motion to Stay Appeal Pending Bankruptcy Court Approval of Settlement, and for the reasons stated therein, good cause having been shown,

**ORDERED**, that the Joint Motion is hereby **GRANTED,** and it is further

**ORDERED,** that above-captioned appeal shall be, and hereby is, STAYED pending approval of the settlement agreement by the United States Bankruptcy Court for the District of Maryland.

11/30/2000

Andre J. Davis, Judge
United States District Court